PHILLIP A. TALBERT
United States Attorney
ELLIOT WONG
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIE HUI, ET AL., | CASE NO. 2:23-CV-01726-JDP |
| Plaintiffs, | STIPULATION AND [PROPOSED] ORDER FOR FIRST EXTENSION OF TIME |
| v. | |
| UR MENDOZA JADDOU, ET AL., | |
| Defendants. | |

    Defendants respectfully requests a first extension of time in which to respond to the Complaint, and counsel for Plaintiff does not oppose. This case concerns Plaintiffs' Form I-751 – petition to remove conditional status, which has been pending since March 2016. U.S. Citizenship and Immigration Services ("USCIS") is working to complete the adjudication, which is expected to render this lawsuit moot.

///

1

The parties therefore stipulate that the new date for Defendants to file an answer or other dispositive pleading is December 19, 2023. The parties further request that all other filing deadlines be similarly extended.

Respectfully submitted,

Dated:  October 3, 2023                         PHILLIP A. TALBERT
                                                       United States Attorney

                                           By:  /s/ ELLIOT C. WONG
                                                   ELLIOT C. WONG
                                                   Assistant United States Attorney


                                                   /s/ CHIEN-YU MICHAEL WANG
                                                   CHIEN-YU MICHAEL WANG
                                                   Counsel for Plaintiff

[PROPOSED] ORDER

IT IS SO ORDERED.

Dated:    October 6, 2023              _____
                                                   JEREMY D. PETERSON
                                                 UNITED STATES MAGISTRATE JUDGE