1  PHILLIP A. TALBERT
   United States Attorney
2  ELLIOT WONG
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
5

6  Attorneys for Defendants

7
                    IN THE UNITED STATES DISTRICT COURT
8
                      EASTERN DISTRICT OF CALIFORNIA
9

10 | JIE HUI, ET AL.,                    | CASE NO. 2:23-CV-01726-JDP
11 |              Plaintiffs,             | STIPULATION AND [PROPOSED] ORDER FOR
                                          | SECOND EXTENSION OF TIME
12 |         v.                           |
13 | UR MENDOZA JADDOU, ET AL.,           |
14 |              Defendants.             |

15

16

17        Defendants respectfully requests a second extension of time in which to respond to the

18 Complaint, and counsel for Plaintiff does not oppose. This case concerns Plaintiffs' Form I-751 –

19 petition to remove conditional status, which has been pending since March 2016. On November 14,

20 2023, U.S. Citizenship and Immigration Services ("USCIS") issued a notice of intent to deny ("NOID").

21 Plaintiff has until December 14, 2023, to submit a response to the NOID. Upon receipt of Plaintiff's

22 NOID response, the parties anticipate that USCIS will complete the adjudication, which is expected to

23 render this lawsuit moot.

24        The parties therefore stipulate that the new date for Defendants to file an answer or other

25 dispositive pleading is February 19, 2024. The parties further request that all other filing deadlines be

26 similarly extended.

27

28
                                                    1

Respectfully submitted,

Dated:  November 22, 2023

PHILLIP A. TALBERT
United States Attorney

By:  /s/ ELLIOT C. WONG
ELLIOT C. WONG
Assistant United States Attorney

/s/ CHIEN-YU MICHAEL WANG
CHIEN-YU MICHAEL WANG
Counsel for Plaintiff

[PROPOSED] ORDER

IT IS SO ORDERED.

Dated:   November 27, 2023

_____
JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

2